Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA  94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARY FRANCES ANDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting<br><br>Commissioner of Social Security,<br><br>    Defendant | Case No:  2:15-cv-01954-AC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br>[Fed.R.Civ.P. 6] |

    Plaintiff requests an extension of twenty-one (21) days for all deadlines in this case.  Plaintiff's counsel asserts that the complexity of the case and extensive administrative record evaluation has become more problematical than originally expected necessitating additional time to draft and file a motion for summary judgment.

    The parties request this extension in good faith, with no intent to prolong proceedings unduly.

    Defendant does not object to allowing Plaintiff the additional time to draft her motion for summary judgment and, subject to the Court's approval, stipulates to twenty-one (21) days extension of time to allow Plaintiff to file her motion for summary judgment in this action.  Plaintiff's motion for summary judgment or remand is now due on July 18, 2016.  This is Plaintiff's first request for additional time.

1
2
3  SO STIPULATED AND AGREED:
4  For Plaintiff:                                    For Defendant:
   WEEMS LAW OFFICES                                 BENJAMIN B. WAGNER
5                                                    United States Attorney
6                                                    DONNA L. CALVERT
                                                     Acting Regional Chief Counsel,
7                                                    Region IX
8                                                    Social Security Administration
9
   /s/Robert C. Weems                       By:      /s/ Marcelo N. Illarmo
10 Robert C. Weems, Attorney for                     Special Assistant United States
   Plaintiff                                         Attorney and Attorney for the
11                                                   Defendant (per e-mail authorization)
12
13
   SO ORDERED:
14
15 DATE: June 29, 2016
16                                                   ALLISON CLAIRE
                                                     MAGISTRATE JUDGE OF THE
17                                                   UNITED STATES DISTRICT COURT
18
19
20
21
22
23
24
25
26
27
28

2

Stipulation and Order

DECLARATION OF CONCURRENCE OF SIGNATURE

GENERAL ORDER 131, X

I, Robert C. Weems, hereby declare and attest that concurrence in the filing of the document has been obtained from each of the other signatories, or from the single signatory (in the case, e.g., of a declaration) whose signature is indicated by the notation " /s/ [name of signatory]."[1]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Robert C. Weems
Robert C. Weems

---

[1] The filer shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any) unless filer has attached a scanned image of the signature page(s) of the document being electronically filed in lieu of maintaining the paper record for subsequent production if required.

3

Stipulation and Order