1  PHILLIP A. TALBERT
   Acting United States Attorney
2  DEBORAH LEE STACHEL
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
4  MARCELO ILLARMO (MABN 670079)
   Special Assistant United States Attorney
5       160 Spear Street, Suite 800
        San Francisco, California 94105
6       Telephone: (415) 977-8944
        Facsimile: (415) 744-0134
7       E-Mail: Marcelo.Illarmo@ssa.gov
8
   Attorneys for Defendant
9
                    **UNITED STATES DISTRICT COURT**
10
                    **EASTERN DISTRICT OF CALIFORNIA**
11

12 | MARY FRANCIS ANDERSON,                  )  Case No.: 2:15-cv-01954-AC
                                             )
13 |                                         )  STIPULATION AND ~~PROPOSED~~ ORDER
                                             )  FOR AN EXTENSION OF TIME
14 |          Plaintiff,                     )
                                             )
15 |   v.                                    )
      CAROLYN W. COLVIN,                     )
16 |  Acting Commissioner of Social Security,)
                                             )
17 |                                         )
              Defendant.                     )
18

19
20      IT IS HEREBY STIPULATED, by and between the parties, through their respective
21 counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment will
22 be extended by 30 days, from August 29, 2016 until September 28, 2016.
23      This is Defendant's first request for an extension of time to respond to Plaintiff's motion.
24 Defendant respectfully requests this additional time because additional time is needed respond to
25 Plaintiff's motion.
26      The parties further stipulate that the Court's Scheduling Order shall be modified
27 accordingly.
28

Stip. & Prop. Order for Ext.;  2:15-cv-01954-AC           1

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| Dated: August 24, 2016 |   | */s/Robert C. Weems* |
|   |   | (*as authorized via e-mail on 8/23/16) |
|   |   | Robert C. Weems |
|   |   | Attorney for Plaintiff |
|   |   |   |
| Dated:  August 24, 2016 |   | BENJAMIN B. WAGNER |
|   |   | United States Attorney |
|   |   | DEBORAH LEE STACHEL |
|   |   | Acting Regional Chief Counsel, Region IX |
|   |   | Social Security Administration |
|   | By: | */s/ Marcelo Illarmo* |
|   |   | MARCELO ILLARMO |
|   |   | Special Assistant United States Attorney |
|   |   |   |
|   |   | Attorneys for Defendant |

<u>ORDER</u>

APPROVED AND SO ORDERED:

Dated:  August 25, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Ext.;  2:15-cv-01954-AC                2